**IN THE UNITED STATES DISTRICT COURTCO**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 23-80233-CIV-CANNON

CONTIGUITY LLC,

      Plaintiff,

v.

JENOPTIK NORTH AMERICA, INC.
AND JENOPTIK OPTICAL SYSTEMS, LLC

      Defendants.
_____/

**RENEWED MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael S. Golenson of the law firm of Masuda, Funai, Eifert & Mitchell, Ltd., for purposes of appearance as co-counsel on behalf of Defendants Jenoptik North America, Inc. and Jenoptik Optical Systems, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael S. Golenson to receive electronic filings in this case, and in support thereof states as follows:

    1.    Michael S. Golenson is not admitted to practice in the Southern District of Florida and is a member in good standing of The Illinois Bar and the United States District Court for the Northern District of Illinois.

    2.    Movant, Edward F. McHale, Esquire, of the law firm of McHale & Slavin, P.A., 2855 PGA Boulevard, Palm Beach Gardens, FL 33410, 561-625-6575, litigation@mchaleslavin.com, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this

Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael S. Golenson has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Michael S. Golenson, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael S. Golenson at email address: mgolenson@masudafunai.com.

WHEREFORE, Edward F. McHale moves this Court to enter an Order Michael S. Golenson, to appear before this Court on behalf of Defendants Jenoptik North America, Inc. and Jenoptik Optical Systems, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael S. Golenson.

Date: April 14, 2023                                    Respectfully submitted,

**Edward F. McHale**
Edward F. McHale (FBN: 190300)
Andrew D. Lockton (FBN: 115519)
McHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, FL 33410
Telephone:    (561) 625-6575
Facsimile:     (561) 625-6572
E-Mail: litigation@mchaleslavin.com
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-08233-CIV-CANNON

CONTIGUITY LLC,

        Plaintiff,

v.

JENOPTIK NORTH AMERICA, INC.,
and JENOPTIK OPTICAL SYSTEMS, LLC

        Defendants.
_____/

## CERTIFICATION OF MICHAEL S. GOLENSON

Michael S. Golenson, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of The Illinois Bar and the United States District Court for the Northern District of Illinois.

*/s/ Michael Golenson*

Michael S. Golenson
*Counsel for Defendants*
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601-1262
Telephone: 312-245-7529
Facsimile 312-245-7467
MGolenson@masudafunai.com

**IN THE UNITED STATES DISTRICT COURTCO**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 23-80233-CIV-CANNON**

CONTIGUITY LLC,

       Plaintiff,

v.

JENOPTIK NORTH AMERICA, INC.
AND JENOPTIK OPTICAL SYSTEMS, LLC

       Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michael S. Golenson, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Michael S. Golenson may appear and participate in this action on behalf of Defendants Jenoptik North America, Inc. and Jenoptik Optical Systems, LLC. The Clerk shall provide electronic notification of all electronic filings to Michael S. Golenson at mgolenson@masudafunai.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

                                                                      **AILEEN M. CANNON**
                                                                        **United States District Judge**

Copies furnished to: All Counsel of Record