IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| CONTIGUITY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 9:23-cv-80233-AMC |
| v. | ) |
| | ) |
| JENOPTIK NORTH AMERICA, INC., and JENOPTIK OPTICAL SYSTEMS, LLC, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Pursuant to Federal Rule 41(a)(1)(A)(i), the Plaintiff Contiguity, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as Defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 4, 2023.

Respectfully submitted,

By: /s/ Victoria E. Brieant
Victoria E. Brieant (FBN 632961)
Law Office of Victoria E. Brieant, P.A.
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Telephone: (305) 421-7200
Email: Victoria@brieantlaw.com

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of May, 2023, I will electronically file the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system, which will then send a Notification of Filing (NEF) to all counsel of record

    */s/ Victoria E. Brieant*
    Victoria E. Brieant